**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dianne Marie PETTWAY,**
**Defendant–Appellant.**

No. 12–12846
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2013.

Christopher B. Brinson, Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Adam W. Overstreet, David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Frederick G. Helmsing, Jr., McDowell Knight Roedder & Sledge, LLC, Mobile, AL, for Defendant–Appellant.

Before DUBINA, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Frederick G. Helmsing, Jr., appointed counsel for Dianne Marie Pettway, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pettway's conviction and sentence are **AFFIRMED.**